UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DEEP SOUTH TODAY, *d/b/a* VERITE NEWS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> LIZ MURRILL, et al., <br><br> *Defendants*. | CASE NO. 3:24-cv-00623 |

## PLAINTIFFS' NOTICE OF CROSS-APPEAL

Pursuant to Federal Rule of Appellate Procedure 3(a), Plaintiffs Deep South Today, *d/b/a* Verite News, Gannett Co., Inc., Gray Local Media, Inc., Nexstar Media, Inc., Scripps Media Inc., and TEGNA Inc. hereby appeal to the United States Court of Appeals for the Fifth Circuit from the portion of this Court's January 31, 2025 Order (ECF No. 43) that granted Defendants' Motion to Dismiss as to Plaintiff's Facial First Amendment Challenge, *see* ECF No. 43 at 43–46.

Dated: March 17, 2025

Respectfully submitted,

*/s/ Grayson Clary*
Grayson Clary (*pro hac vice*)
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Fax: 202.795.9310
gclary@rcfp.org

*/s/ Scott L. Sternberg*
**STERNBERG NACCARI & WHITE LLC**
Scott L. Sternberg, La. Bar No. 33390
M. Suzanne Montero, La. Bar No. 21361
935 Gravier Street, Suite 2020
New Orleans, LA 70112

1

Phone: (504) 324-1887
Fax: (504) 534-8961
scott@snw.law | suzy@snw.law

*Attorneys for Plaintiffs Deep South Today,* d/b/a *Verite News*, *Gannett Co., Inc., Gray Local Media, Inc., Nexstar Media, Inc., Scripps Media Inc., and TEGNA Inc.*

*/s/ Katie Townsend*
Katie Townsend (*pro hac vice*)
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
Phone: 213.229.7839
KTownsend@gibsondunn.com

*Attorney for Plaintiff Deep South Today,* d/b/a *Verite News*

2