**REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**

PO Box 34176
Washington, DC 20043
(202) 795-9300 • www.rcfp.org

**PRESIDENT**
Bruce D. Brown

**STEERING COMMITTEE CHAIR**
STEPHEN J. ADLER

**VICE CHAIR**
MARGARET LOW
WBUR

**SECRETARY-TREASURER**
MASSIMO CALABRESI
TIME

**EXECUTIVE COMMITTEE MEMBERS**
DAVID BOARDMAN
Temple University
THEODORE J. BOUTROUS, JR.
Gibson, Dunn & Crutcher LLP
GAIL GOVE
NBCUniversal
LAURA HANDMAN
Davis Wright Tremaine
DIEGO IBARGÜEN
Hearst
THOMAS C. RUBIN
OpenAI

**STEERING COMMITTEE MEMBERS**
WOLF BLITZER
CNN
SEWELL CHAN
Columbia Journalism Review
LYNETTE CLEMETSON
University of Michigan
JASON CONTI
Dow Jones
NIKHIL DEOGUN
Brunswick Group
MANNY GARCIA
Houston Landing
EMILIO GARCIA-RUIZ
The San Francisco Chronicle
JOSH GERSTEIN
POLITICO
ALEX GIBNEY
Jigsaw Productions
JAMES GRIMALDI
National Catholic Reporter
KAREN KAISER
The Associated Press
KIMBRIELL KELLY
DAVID LAUTER
Los Angeles Times, Ret.
COLLEEN MCCAIN NELSON
The McClatchy Company
JAMES NEFF
Philadelphia Inquirer
NORMAN PEARLSTINE
New York, New York
CHARLIE SAVAGE
The New York Times
JENNIFER SONDAG
Bloomberg News
NABIHA SYED
Mozilla
ADAM SYMSON
The E.W. Scripps Company
MATT THOMPSON
The New York Times
VICKIE WALTON-JAMES
NPR

*Affiliations appear only for purposes of identification.*

<u>Submitted via ECF</u>                                              August 6, 2025

Office of the Clerk
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

Re:   *Deep South Today et al. v. Murrill et al.*, No. 25-30128 —
      <u>Rule 28(j) Citation of Supplemental Authority</u>

Dear Clerk of Court:

Pursuant to Federal Rule of Appellate Procedure 28(j) and Circuit Rule 28.4, Plaintiffs-Appellees/Cross-Appellants write to inform the Court of the recent decision in *Reporters Committee for Freedom of the Press et al. v. Rokita et al.*, No. 24-2927 (7th Cir. Aug. 5, 2025), a copy of which is attached hereto.

In *Reporters Committee*, a coalition of news organizations—including several of the same news organizations here—brought a substantially identical challenge to a "near identical law in Indiana." Opening Br. of Appellants at 36; *see also* Br. for Pls.-Appellees/Cross-Appellants at 3–4 (explaining that the Louisiana police-buffer law challenged here is broader than Indiana's). The Seventh Circuit affirmed a preliminary injunction prohibiting the law's enforcement against the plaintiffs, finding that the news organizations were likely to succeed in demonstrating that the law is unconstitutionally vague.

The Seventh Circuit explained that the "vast discretion afforded by the buffer law" allows an officer to order an individual to stop approaching for any reason—"[a] good reason, a bad reason, [or] a reason the officer just makes up[.]" *Reporters Committee*, slip op. at 16. The Court then held that "a law that effectively says 'a person may stand on a public sidewalk in [a city] only at the whim of any police officer of that city' is too vague to satisfy due process." *Id.* (quoting *Shuttlesworth v. City of Birmingham*, 382 U.S. 87, 90 (1965)).

The Seventh Circuit also found that the plaintiffs had demonstrated standing by "submitt[ing] affidavits from their journalist members or employees explaining that they conduct

newsgathering activities in proximity to police officers every day." *Id.* at 8.

The Seventh Circuit's decision—invalidating a narrower law on essentially identical facts—supports affirming the District Court's preliminary injunction here. And as *Reporters Committee* likewise explains, to the extent *Trump v. CASA, Inc.*, 145 S. Ct. 2540, 2554 (2025), is relevant to the scope of relief, the District Court can consider that question after affirmance, *see Reporters Committee*, slip op. at 20 ("[E]njoining the buffer law's enforcement statewide may be necessary to provide the *plaintiffs themselves* with complete relief.").

Respectfully submitted,

*/s/ Grayson Clary*
Grayson Clary
*Counsel of Record for*
  *Plaintiffs-Appellees*
REPORTERS COMMITTEE FOR
  FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310

# CERTIFICATE OF COMPLIANCE

I hereby certify that this letter complies with the requirements of Fed. R. App. P. 28(j) and Cir. R. 28.4 because the body of the letter contains 347 words as calculated by the word-count feature of Microsoft Word.

/s/ Grayson Clary
Grayson Clary
REPORTERS COMMITTEE FOR
  FREEDOM OF THE PRESS

# CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2025, I caused the foregoing letter to be served upon all filing users through the Court's CM/ECF system. Electronic service will be effected by the Court's CM/ECF system.

/s/ Grayson Clary
Grayson Clary
REPORTERS COMMITTEE FOR
  FREEDOM OF THE PRESS