# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 16, 2026

Mr. An Altik
Institute for Justice
901 N. Glebe Road
Suite 900
Arlington, VA 22203

Mr. Grayson Clary
Reporters Committee for Freedom of the Press
1156 15th Street, N.W.
Suite 1020
Washington, DC 20005

Ms. Caitlin Ann Huettemann
Office of the Attorney General
for the State of Louisiana
1885 N. 3rd Street
Baton Rouge, LA 70802

Mr. Ronald London
Foundation for Individual Rights & Expression (FIRE)
700 Pennsylvania Avenue, S.E.
Suite 340
Washington, DC 20003

Mr. Griffin Simon Rubin
Sbaiti & Company, P.L.L.C.
3102 Maple Avenue
Suie 400
Dallas, TX 75201

    No. 25-30128   Deep South Today v. Murrill
                 USDC No. 3:24-CV-623

Dear Counsel,

You must submit the **6 paper copies of your brief** required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the **4 paper copies of your record excerpts** required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.  Exception:  As of

July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

The covers of your documents must be the following colors: Appellant/Cross Appellee's brief must be blue. Appellee/Cross Appellant's brief must be red. Record excerpts must be white and contain physical tabs that extends beyond the edge of the document. Appellant/Cross Appellee's reply brief must be yellow. Appellee/Cross Appellant's reply brief must be gray.

Please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief/record excerpts filed event so that it will contain the proper filing header. **Do not submit paper copies without a filing header.**

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs and record excerpts.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Olivia G. Andry, Deputy Clerk

cc:
    Mr. Jorge Benjamin Aguinaga
    Ms. Anna Bidwell
    Mr. Zachary Faircloth
    Mr. Patrick M. Jaicomo
    Mr. Scott L. Sternberg
    Ms. KatieLynn B. Townsend