# ORAL ARGUMENT ACKNOWLEDGMENT FORM
**U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT, 600 S. Maestri Place, New Orleans, LA 70130**
**(504) 310-7700**

I, Caitlin Huettemann
(Full Name)

as arguing counsel, acknowledge receiving notice that the below case has been scheduled for oral argument with the United States Court of Appeals for the Fifth Circuit.

25-30128              Deep South Today, et al.              v. Liz Murrill, et al.
(Case Number)                                              (Short Title)

is scheduled for oral argument at ___12:00 p.m.___ on ___June 1, 2026___ located in the
(Time)                                (Date)

NEW ORLEANS - U.S. Court of Appeals for the Fifth Circuit, 600 Camp Street, New Orleans, LA, 70130  ▼
(Location)

/s/ Caitlin Huettemann                                              April 23, 2026
(Signature)                                              (Date)

---

<u>List all parties being represented for argument and select the party type</u>

Liz Murrill, in her official capacity as Attorney General of Louisiana; Robert P. Hodges, in his official capacity as Superintendent of the Louisiana State Police; Hillar C. Moore, III, in his official capacity as District Attorney of East Baton Rouge Parish

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|
| Appellant | Appellee | Cross Appellant | Cross Appellee | Amicus | Intervenor |

According to this court's rules, a cross or separate appeal will be argued with the initial appeal during the same argument, unless the court directs otherwise. If a case involves a cross appeal, the party who first files a notice of appeal is considered the appellant unless the parties otherwise agree or the court directs otherwise. If separate appellants support the same argument, they are to avoid duplication of argument.

<u>THE ORDER OF PRESENTATION & DIVISION OF ORAL ARGUMENT TIME WILL BE AS FOLLOWS:</u>

| | (Counsel Name) | (Time in Minutes) | (Rebuttal Time)* |
|---|---|---|---|
| #1 | Caitlin Huettemann | 15 | 5 |
| #2 | | | |
| #3 | | | |
| #4 | | | |
| #5 | | | |

SESSION # 45

*Rebuttal time for appellants only. The court prefers no more than 5 minutes for rebuttal.

[ PRINT TO PDF ]                    [ RESET FORM ]