**REPORTERS COMMITTEE**
**FOR FREEDOM OF THE PRESS**

PO Box 34176
Washington, DC 20043
(202) 795-9300 • www.rcfp.org

**PRESIDENT**
Bruce D. Brown

**STEERING COMMITTEE CHAIR**
STEPHEN J. ADLER

**VICE CHAIR**
MARGARET LOW
WBUR

**SECRETARY-TREASURER**
MASSIMO CALABRESI
The New York Times

**EXECUTIVE COMMITTEE MEMBERS**
DAVID BOARDMAN
Temple University
THEODORE J. BOUTROUS, JR.
Gibson, Dunn & Crutcher LLP
GAIL GOVE
NBCUniversal
LAURA HANDMAN
Davis Wright Tremaine
DIEGO IBARGÜEN
Hearst
THOMAS C. RUBIN
OpenAI

**STEERING COMMITTEE MEMBERS**
MARTY BARON
Ret., The Washington Post
WOLF BLITZER
CNN
SEWELL CHAN
USC Annenberg
LYNETTE CLEMETSON
University of Michigan
JASON CONTI
Dow Jones
NIKHIL DEOGUN
Brunswick Group
MANNY GARCIA
Florida International University
EMILIO GARCIA-RUIZ
The San Francisco Chronicle
JOSH GERSTEIN
POLITICO
ALEX GIBNEY
Jigsaw Productions
JAMES GRIMALDI
National Catholic Reporter
KAREN KAISER
The Associated Press
KIMBRIELL KELLY
Chicago Public Media
ALEX MACCALLUM
CNN
MATT MURRAY
The Washington Post
NORMAN PEARLSTINE
New York, New York
CHARLIE SAVAGE
The New York Times
ADAM SYMSON
The E.W. Scripps Company
MATT THOMPSON
The New York Times
VICKIE WALTON-JAMES
NPR

*Affiliations appear only for purposes of identification.*

*Submitted via ECF*                                      June 2, 2026

Lyle W. Cayce
Office of the Clerk
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

>    Re:    *Deep South Today et al. v. Murrill et al.*, No. 25-30128 —
>    <u>Rule 28(j) Citation of Supplemental Authority.</u>

Dear Mr. Cayce:

Plaintiffs-Appellees respectfully submit this letter to provide the citation that undersigned counsel referred to in response to Judge Duncan's question about the statute's enforcement by non-parties.

As counsel represented, video published by WWL in November 2025 shows an example of an officer of the Gretna Police Department ordering a bystander who was filming an immigration arrest to retreat, saying, "We have a 25-foot zone! Back up!"  David Hammer, *Officers Demand 25-Foot Buffer During ICE Arrests.  But That's Not the Law*, 4WWL (Nov. 26, 2025), https://bit.ly/4fkmjOq.

Respectfully submitted,

*/s/ Grayson Clary*
Grayson Clary
*Counsel of Record for*
  *Plaintiffs-Appellees*
REPORTERS COMMITTEE FOR
  FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310

## CERTIFICATE OF COMPLIANCE

I hereby certify that this letter complies with the requirements of Fed. R. App. P. 28(j) and Cir. R. 28.4 because the body of the letter contains 85 words as calculated by the word-count feature of Microsoft Word.

/s/ Grayson Clary

Grayson Clary

REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2026, I caused the foregoing letter to be served upon all filing users through the Court's CM/ECF system. Electronic service will be effected by the Court's CM/ECF system.

/s/ Grayson Clary

Grayson Clary

REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS